[No. 10659–7–I.   Division One.   April 2, 1984.]

*In the Matter of the Marriage of* BARBARA J. MCADAMS, *Respondent, and* ROBERT L. MCADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–3–06863–0, Norman W. Quinn, J., entered May 7, 1981. *Reversed* and *remanded* by unpublished opinion per Scholfield, J., concurred in by Corbett, A.C.J., Williams, J., dissenting.

[No. 5387–3–III.   Division Three.   April 3, 1984.]

MARCUS E. FLERCHINGER, *Respondent,* v. DONALD R. BERGER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Garfield County, No. 4338, Patrick McCabe, J., entered August 4, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 5303–2–III.   Division Three.   April 3, 1984.]

RAY E. HUBBARD, *Appellant,* v. WASHINGTON PUBLIC POWER SUPPLY SYSTEM, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 78–1738, Robert S. Day, J., entered June 24, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 5393–8–III.   Division Three.   April 3, 1984.]

CAROLYN J. SAMUELS, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81–2–01816–0, Harold D. Clarke, J., entered August 23, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, A.C.J., and Thompson, J. Now published at 37 Wn. App. 409.